# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DANIEL HARO, § | |
| § | |
| Plaintiff, § | Civil Action No. 5:18-cv-01142-FB |
| § | |
| v. § | |
| § | |
| AMCOL SYSTEMS, INC., § | |
| § | |
| Defendant. § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Robbie Malone | */s/* Joseph C. Hoeffel |
| Robbie Malone, Esq. | Joseph C. Hoeffel, Esq. |
| Malone Frost Martin PLLC | Kimmel & Silverman, P.C. |
| 8750 North Central Expressway | 30 East Butler Pike |
| Northpark Building, Suite 1850 | Ambler, PA 19002 |
| Dallas, TX 75231 | Phone: 215-540-8888 |
| Phone: 214-346-2630 | Fax: 215-540-8817 |
| Email: rmalone@mamlaw.com | Email: jhoeffel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: July 1, 2019 | Date: July 1, 2019 |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Robbie Malone, Esq.
Malone Frost Martin PLLC
8750 North Central Expressway
Northpark Building, Suite 1850
Dallas, TX 75231
Phone: 214-346-2630
Email: rmalone@mamlaw.com
Attorney for the Defendant


Dated: July 1, 2019			By: /s/ Joseph C. Hoeffel
					Joseph C. Hoeffel, Esq.
					Kimmel & Silverman, P.C.
					30 E. Butler Avenue
					Ambler, PA 19002
					Tel: 215-540-8888
					Fax: 215-540-8817
					Email: jhoeffel@creditlaw.com
					Attorney for Plaintiff